Matter of Four-Rosenbaum (2024 NY Slip Op 00191)

Matter of Four-Rosenbaum

2024 NY Slip Op 00191

Decided on January 17, 2024

Appellate Division, Second Department

Per Curiam.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 17, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
FRANCESCA E. CONNOLLY, JJ.

2023-08779

[*1]In the Matter of Chelsea Ann Four-Rosenbaum, an attorney and counselor-at-law. Grievance Committee for the Ninth Judicial District, petitioner; Chelsea Ann Four-Rosenbaum, respondent. (Attorney Registration No. 5222344)

MOTION by the Grievance Committee for the Ninth Judicial District to strike the respondent's name from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90(4)(b), based upon her conviction of a felony. The respondent was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on April 30, 2014.

Courtny Osterling, White Plains, NY, for petitioner.

PER CURIAM.

OPINION & ORDER
On July 22, 2022, following a jury trial before the Honorable James R. Farrell, a Judge of the County Court, Sullivan County, the respondent was found guilty of both charges in an indictment that charged her with: (1) kidnapping in the second degree, a class B felony, in violation of Penal Law § 135.20, and (2) endangering the welfare of a child, a class A misdemeanor, in violation of Penal Law § 260.10.
The Grievance Committee for the Ninth Judicial District moves to strike the respondent's name from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90(4)(b), based upon her felony conviction. Although the respondent was duly served, she has neither opposed the motion nor interposed any response thereto.
Pursuant to Judiciary Law § 90(4)(a), the respondent was automatically disbarred and ceased to be an attorney upon her conviction of a felony.
Accordingly, the motion to strike the respondent's name from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90(4)(b), is granted to reflect the respondent's disbarment as of July 22, 2022.
LASALLE, P.J., DILLON, DUFFY, BARROS and CONNOLLY, JJ., concur.
ORDERED that the Grievance Committee's motion to strike the name of the respondent, Chelsea Ann Four-Rosenbaum, from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90(4)(a), is granted; and it is further,
ORDERED that pursuant to Judiciary Law § 90(4)(a), the respondent, Chelsea Ann Four-Rosenbaum, is disbarred, effective July 22, 2022, and her name is stricken from the roll of [*2]attorneys and counselors-at-law, pursuant to Judiciary Law § 90(4)(b); and it is further,
ORDERED that the respondent, Chelsea Ann Four-Rosenbaum, shall comply with the rules governing the conduct of disbarred or suspended attorneys (see 22 NYCRR 1240.15); and it is further,
ORDERED that pursuant to Judiciary Law § 90, the respondent, Chelsea Ann Four-Rosenbaum, is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding herself out in any way as an attorney and counselor-at-law; and it is further,
ORDERED that if the respondent, Chelsea Ann Four-Rosenbaum, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency, and the respondent shall certify to the same in her affidavit of compliance pursuant to 22 NYCRR 1240.15(f).
ENTER:
Darrell M. Joseph
Acting Clerk of the Court